AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

The computers that access the e-mail accounts described in Attachment A, incorporated herein

) Case No. 13-1745 WC
)
)
)
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

see Attachment A, incorporated herein,

located in the ____Southern____ District of ____Maryland and elsewhere____, there is now concealed *(identify the person or describe the property to be seized)*:

see Attachment B, incorporated herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC §§ 2252A(g); 2251(d)(1) & (e); 2252A(a)(2)(A) & (b)(1); 2252A(a)(5)(B) & (b)(2) | Engaging in a Child Exploitation Enterprise, Advertising, Receipt and Distribution of Child Pornography, Conspiracy to Advertise, Receive and Distribute Child Pornography, Access/Attemped Access With Intent to View Child Pornography |

The application is based on these facts:

see attached affidavit

☑ Continued on the attached sheet.

☑ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

███████████████
*Applicant's signature*

███████████████  SA FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 22 2013
2:00 p.m.

City and state: Greenbelt, Maryland

William Connelly
*Judge's signature*

William Connelly, Chief U.S. Magistrate Judge
*Printed name and title*